# Third District Court of Appeal

## State of Florida

Opinion filed August 25, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-0993
Lower Tribunal No. F08-8259
_____

**Pleadro J. Scott,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.315(a) from the Circuit Court for Miami-Dade County, Jose L. Fernandez, Judge.

Pleadro J. Scott, in proper person.

Ashley Moody, Attorney General, for appellee.

Before MILLER, LOBREE and BOKOR, JJ.

PER CURIAM.

Affirmed.  See George v. State, 278 So. 3d 770, 770 (Fla. 3d DCA 2019) (noting "similar challenges have been rejected in the past" and explaining that "[u]nless and until [Appellant] obtains a recovery and the Department's attempt to use the lien as a set off is either actually occurring or imminent, his request for a ruling on this point is little more than an unauthorized request for an advisory opinion") (internal quotations and citations omitted).